Teresa S. Renaker, Cal. Bar No. 187800
James P. Keenley, Cal. Bar No. 253106
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jkeenley@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROL HAYEK,<br><br>            Plaintiff,<br><br>   vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>            Defendant. | Case No. C09-02504 (JCS)<br><br>**STIPULATION OF THE PARTIES TO CONTINUE THE INITIAL CASE MANAGEMENT HEARING; [PROPOSED] ORDER** |

**STIPULATION OF THE PARTIES TO CONTINUE THE INITIAL CASE MANAGEMENT HEARING**

WHEREAS, the initial case management hearing is currently calendared for 1:30 PM on September 18, 2009, and the Joint Case Management Statement is due on September 11, 2009; and,

WHEREAS, Plaintiff's counsel's travel schedule precludes completing the Joint Case Management Statement and other preliminary matters within this schedule;

THE PARTIES HEREBY STIPULATE to continue the initial case management hearing three weeks to 1:30 PM on October 9, 2009, and the due date for the Joint Case Management Statement three weeks to October 2, 2009.

//

| | | |
|---|---|---|
| 1 | Dated: August 12, 2009 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ James P. Keenley |
| 5 | | James P. Keenley<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: August 12, 2009 | AT&T UMBRELLA BENEFIT PLAN NO. 1 |

By: _____
Vineet K. Sood
Attorney for Defendant

[PROPOSED] ORDER

IT IS SO ORDERED.

Date: August 17, 2009          By: _____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

(Signed: Judge Joseph C. Spero — United States District Court, Northern District of California)

STIPULATION TO CONTINUE HEARING [Case No. C09-02504 (JCS)]                    Page 2