1  Teresa S. Renaker, Cal. Bar No. 187800
   James P. Keenley, Cal. Bar. No. 253106
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   trenaker@lewisfeinberg.com
5  jkeenley@lewisfeinberg.com

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO / OAKLAND DIVISION

11 CAROL HAYEK,                        )  Case No. C09-02504 (JCS)
                                       )
12            Plaintiff,               )  **STIPULATION OF THE PARTIES TO**
                                       )  **CONTINUE CASE MANAGEMENT**
13     vs.                             )  **CONFERENCE; [PROPOSED] ORDER**
                                       )
14 AT&T UMBRELLA BENEFIT PLAN NO. 1,   )
                                       )
15            Defendant.               )
                                       )
16 _____    )

17     **STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT**
                              **CONFERENCE**
18

19     WHEREAS, the parties participated in an Early Neutral Evaluation session on December

20 8, 2009, and at this time are actively negotiating resolution of the case;

21     WHEREAS, there is a Case Management Conference scheduled for January 15, 2010,

22 and a Joint Case Management Statement due today, January 8, 2010;

23     THE PARTIES HEREBY STIPULATE to continue the Case Management Conference

24 one week, to January 22, 2010, and the due date for the Joint Case Management Statement one

25 week, to January 15, 2010.

26 //

27 //

28 //

STIPULATION TO CONTINUE CASE MANAGEMENT CONF. [CASE NO. C09-02504 (JCS)]      Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: January 8, 2010

Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:     /s/ James P. Keenley
        Teresa S. Renaker
        James P. Keenley
        *Attorneys for Plaintiff Carol Hayek*

DATED: January 8, 2010

AT&T SERVICES, INC. LEGAL DEPARTMENT

By:     /s/ Vineet K. Sood
        Vineet K. Sood
        *Attorneys for Plaintiff Carol Hayek*

[PROPOSED] ORDER

IT IS SO ORDERED.

Date:___ Jan. 11, 2010 _____          By: _____

JOSEPH
United S

Judge Joseph C. Spero

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO CONTINUE CASE MANAGEMENT CONF. [CASE NO. C09-02504 (JCS)]      Page 2