Teresa S. Renaker, Cal. Bar No. 187800
James P. Keenley, Cal. Bar. No. 253106
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
jkeenley@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROL HAYEK, | Case No. C09-02504 (JCS) |
| Plaintiff, | **STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | |
| Defendant. | |

**STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE**

WHEREAS, the parties participated in an Early Neutral Evaluation session on December 8, 2009, and at this time are actively negotiating resolution of the case;

WHEREAS, there is a Case Management Conference scheduled for January 15, 2010, and a Joint Case Management Statement due today, January 8, 2010;

THE PARTIES HEREBY STIPULATE to continue the Case Management Conference one week, to January 22, 2010, and the due date for the Joint Case Management Statement one week, to January 15, 2010.

//

//

//

STIPULATION TO CONTINUE CASE MANAGEMENT CONF. [CASE NO. C09-02504 (JCS)]   Page 1

| | |
|---|---|
| DATED: January 8, 2010 | Respectfully submitted, |
| | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | By: /s/ James P. Keenley<br>Teresa S. Renaker<br>James P. Keenley<br>*Attorneys for Plaintiff Carol Hayek* |
| DATED: January 8, 2010 | AT&T SERVICES, INC. LEGAL DEPARTMENT |
| | By: /s/ Vineet K. Sood<br>Vineet K. Sood<br>*Attorneys for Plaintiff Carol Hayek* |

### [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Date: Jan. 11, 2010      By: _____
                              JOSEPH C. SPERO
                              United States Magistrate Judge

*(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)*